# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**Case No. 6:19-cv-00631-GAP-DCI**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 97.101.173.205, an individual,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney Rachel E. Walker, Esq. files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to Ms. Walker at the following address:

| | |
|---|---|
| Law Firm: | **SMGQ Law** |
| Address: | **218 NW 24th Street** |
| | **Miami, FL 33127** |
| E-mail: | **rwalker@smgqlaw.com** |
| Phone: | **305-377-1000** |

Dated: September 30, 2019

                                                      Respectfully Submitted,

                                                      */s/ Rachel E. Walker, Esq.*
                                                      RACHEL E. WALKER, ESQ.

>Florida Bar No.: 111802
>SMGQ LAW
>218 NW 24th Street
>Miami, FL 33127
>Fax – 855-327-0391
>Phone – 305-377-1000
>rwalker@smgqlaw.com

>*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2019, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will furnish electronic copies to all counsel of record.

>*/s/ Rachel E. Walker*