# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**Case No. 6:19-cv-00631-GAP-DCI**

STRIKE 3 HOLDINGS, LLC, a limited liability company,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 97.101.173.205, an individual,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 97.101.173.205, are voluntarily dismissed without prejudice.

Dated: November 26, 2019

Respectfully submitted,

SMGQ LAW

/s/ *Rachel E. Walker*
RACHEL E. WALKER (FL Bar No. 111802)
218 NW 24th Street
Miami, FL 33127
Telephone: 305-377-1000
Fax: 855-327-0391
Primary Email: rwalker@smgqlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                              By:  */s/ Rachel E. Walker*
                                                     Rachel E. Walker, Esq.